**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **SHERMAINE LASTER** | § | |
| **(Limestone County #52285509)** | § | |
| | § | |
| **V.** | § | **W-21-CA-1304-ADA** |
| | § | |
| **LIMESTONE COUNTY, et al.** | § | |

## DEFICIENCY ORDER

Before the Court is Plaintiff's civil rights complaint. Plaintiff has neither paid the $402.00 filing fee, nor has he filed an application to proceed *in forma pauperis*.

It is therefore **ORDERED** that the Clerk shall forward to Plaintiff an application to proceed *in forma pauperis* and that Plaintiff, within thirty (30) days of the filing of this Order, must submit either the filing fee of $402.00 or must submit a completed application to proceed *in forma pauperis*.[1]

**SIGNED** on December 16, 2021

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

---

[1]If Plaintiff is granted leave to proceed *in forma pauperis,* a $350.00 filing fee will be deducted in installments until the full filing fee is paid.

1