**FILED**
January 18, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ Jad
DEPUTY

1. In your complaint, you have named LaSalle Corrections as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

LaSalle corrections is The Umbrella For Limestone county Detention Center or maybe The corporation who Funds or Insure Limestone Detention Center, Nevertheless I put All parties that may or may not be Liable And let the Honorable Judge Decide.

2

2. In your complaint, you have named Warden E. Williams as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

Warden E Williams is Liable because I brought this to his Attention And he Fail to address And or Fix the problems, AND AS WARDEN OF LIMESTONE COUNTY DETENTION CENTER, HE IS TOTALLY RESPONSIBLE FOR THE PROBLEMS AND VIOLATIONS. THE ONES HE KNOWS ABOUT AND THE ONES HE DOESN'T KNOW ABOUT, THE MISCONDUCT OF HIS OFFICERS AND POLICY IS TOTALLY WARDEN E WILLIAMS RESPONSIBILITY. BECAUSE HE IS SUPPOSE TO HAVE PEOPLE IN POSITION TO MAKE SURE VIOLATIONS ARE PREVENTED.

3.  In your complaint, you have named Officer Gonzalez as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

I WAS WORKING IN The Kitchen where Food is Prepared for the Detainees of Limestone County Detention Center, AND officer Gonzalez said something too DETOGORTORY To SAY, I WROTE A GRIEVANCE AND OFFICER GONZALEZ WAS SENT TO ANOTHER JAIL, TILL I I QUIT FROM THE KITCHEN DUTIES, THEN LIMESTONE BROUGHT HER/HIM BACK,

THE SECOND TIME WAS 11/4/21 I WAS IM the UNIT C9A, OFFICER GONZALEZ WAS BRINGING WORKERS BACK, lOOKED OVER TO ME AND SPOKE IN SPANISH, I UNDERSTOOD SOME OF WHAT HE SAID, I ASKED A GUY TO TRANSLATE TO SEE IF HE SAID WHAT I THOUGHT HE SAID AND THE GUY TRANSLATED HE SAID "WATCH OUT FOR you," "you're TRouble And you can eAt HIS D_C K!!"

I WROTE A P.R.E.A AGAINST HIM THAT WAS SAND BAGED BY HIS CO-WORKERS.

4

4. In your complaint, you have named Lt. Whitaker as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

She put me in Isolation After I wrote A P.R.E.A ON HER OFFICER, THEIR IS NO POLICY SET UP HERE FOR PREA INVESTIGATIONS, THE INVESTIGATION WAS OVER THE SAME NIGHT, AND I WAS LEFT IN ISOLATION FOR A WHO WEEK.

SHE MADE ME FEEL LIKE THIS WAS MY PUNISHMENT FOR WRITING HER OFFICER UP.

SHE SAID SHE WAS NOT LETTING ME OUT UNTIL I SIGNED HER INVESTIGATION LETTER, THEY TRIED TO OVERDOSE ME AND THEY DESTROYED MY LEGAL WORK.

5

5.  In your complaint, you have named Lt. Anders as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when.  Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

He was conducting the P.R.E.A AND TOLD

ME HE BELIEVE HE DID SAY THAT TO ME, BUT

YET HIS INVESTIGATION WAS OVER THE SAME

NIGHT?

6. In your complaint, you have named Asst. Warden Anderson as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

I DON'T KNOW IF HE IS LIABLE FOR ALL THE VIOLATIONS HERE IN LIMESTONE, BUT JUST LIKE WARDEN WILLIAMS, I WILL PUT HIM IN THE SUIT AND LET THE HONORABLE JUDGE FIND HIM LIABLE OR NOT, I WILL SAY ANY VIOLATION THAT TAKES PLACE IN LCDC, HE SHOULD BE LIABLE.

7

7. In your complaint you have named Limestone County Detention Center as a Defendant. Limestone County Detention Center is not a legal entity capable of being sued. *See Darby v. Pasadena Police Dep't*, 939 F.2d 311 (5th Cir. 1991) (holding that police and sheriff's departments are governmental subdivisions without capacity for independent legal action). Are you alleging that any of the damages which you seek to recover in this lawsuit were the product of any policy, practice, or custom of Limestone County, Texas? If your answer is "yes," please identify each and every policy, practice or custom of Limestone County, Texas that you allege caused any deprivation of your constitutional rights. If your answer is "no," please state each and every reason why you believe that you are entitled to recover a judgment against Limestone County, Texas in this lawsuit.

Limestone County Detention Center is a private Federal Holding Facility and this Holding Facility is Liable, responsible for me being deprived Medical Treatment, Law Library, And violation of their own Policy.

8.   Please state whether you are presently incarcerated, i.e., serving a term of imprisonment based upon a criminal conviction.

I AM ~~the CA~~ SL incarcerated in pretrial.

9.   If your answer to question 8 above was "yes," please state (1) the date of your conviction, (2) the nature of the offense(s) that form the basis for your current incarceration, (3) the date, if you know, when you expect to be released.

N/A

10.    Please state whether you are currently awaiting trial on any criminal charges. Yes I Am currently Awaiting Trial.

11.    If your answer to question 10 above was "yes," please state (1) the date your current pretrial detention began, (2) the exact nature of the criminal charge(s) that form the basis for your current pretrial detention, (3) the court in which the cases against you are pending, (4) your expected trial dates, if known, and (5) the name of the attorneys who represent you in each case or whether you are representing yourself in your criminal case(s). Please be specific.

1. Oct 4, 2021
2. 922(G) & 924(A)(2)
3. UNITED STATES DISTRICT COURT FOR The Northern DISTnicT of Texas. DAllAS; DIVISion.

12. Please state whether you are currently being held in custody pending parole or probation revocation proceedings.

N/A

13. If your answer to question 12 above was "yes," please state (1) the date your current detention began, (2) the exact nature of the charge against you, and (3) the expected date of your parole or probation revocation hearing, if any. Please be specific.

N/A

14. Plaintiff is to include the following declaration at the end of his more definite statement:

> I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Title 28 U.S.C. Section 1746. Signed this 13 day of January, 2022.
>
> _____
> Signature of Plaintiff

**SIGNED** on December 16, 2021

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

To The Honorable Courts;

        This is a letter to the courts as witnesses and through experience about the medical conditions here at Limestone County Detention Center, **Fact 1.** We By Signatures below have been denied Medical Attention, **OR** have had the Medical Director Dr Lax evaluate patients on through **VISUAL and NEVER PHYSICALLY INTERACTING with any of the detainees,** We witness Mr Laster complaining about his Medical Conditions of his high blood pressure, bad back, and We believe his knees, and he was denied, unaware if his Medical needs were met. **Fact 2.** We the undersigned have heard Mr Laster complain to Medical Staff (Dr Lax) and Dr Lax reply was "you are telling me too many things wrong, you can go back" unqoute, this is normal here at this holding Facility and instead of the Staff doing what they suppose to do, **they do what they want to do.** We attest that the following statement in this court is true and we ask that the court accept this into evidence. Due the **DANGER OF RETALIATION OF LIMESTONE COUNTY DETENTION CENTER, I WILL REMAIN NAMELESS AS THE PREPARER.**

Respectfully Submitted, Undersigned Witnesses

1/13/22

Tony Browning

Brandon Wright

Rene Valenzuela

Ronald Ward

Raymond K. Ferrell

Thomas Jones

Ja'Cory Anderson

Shermaine Laster

Raphael Jefferson

LIMESTONE COUNTY DETENTION CENTER
SHERMAINE LASTER #52285509
910 N TYUS STREET
GROESBECK, TX 76642

CLERK, U.S. D
WESTERN DIST
UNITEDSTATES
800 FRANKLIN
WACO, TEXA